IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Shead, Shatondria S | Case Number: 08 B 26732 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/23/08 | Filed: 10/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Drive Financial Services | Secured | 18,811.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 30,000.00 | 0.00 |
| 4. | Tri Century Bank | Unsecured | 22.37 | 0.00 |
| 5. | Paycheck Today | Unsecured | | No Claim Filed |
| 6. | Chicago Sun Times | Unsecured | | No Claim Filed |
| 7. | Harris & Harris | Unsecured | | No Claim Filed |
| 8. | City Of Chicago | Unsecured | | No Claim Filed |
| 9. | Tennant Financial | Unsecured | | No Claim Filed |
| 10. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 11. | Archie & Acharya | Unsecured | | No Claim Filed |
| 12. | Direct Tv | Unsecured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 15. | Secretary Of State | Unsecured | | No Claim Filed |
| 16. | Imagine | Unsecured | | No Claim Filed |
| 17. | MacNeal Health Network | Unsecured | | No Claim Filed |
| 18. | Comcast | Unsecured | | No Claim Filed |
| 19. | SBC | Unsecured | | No Claim Filed |
| 20. | Executive Financial | Unsecured | | No Claim Filed |
| 21. | CMD Account Mang | Unsecured | | No Claim Filed |
| | | | $ 48,833.37 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Shead, Shatondria S | Case Number:  08 B 26732 |
|  | Judge:  Wedoff, Eugene R |
| Printed: 12/23/08 | Filed:  10/6/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

